# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ROSARIO REYES,**

**Plaintiff,**

-vs-                                                            **Case No.  6:11-cv-1135-Orl-31GJK**

**UNITED STATES OF AMERICA,**

**Defendant.**

_____

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Upon consideration of the Notice of Settlement (Doc. No. 17), it is

**ORDERED** that this case is DISMISSED without prejudice pursuant to Local Rule

3.08(b), subject to the right of any party to move the Court within sixty (60) days for the purpose

of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the

case for further proceedings.  Any pending motions are **DENIED** as moot.  The Clerk is directed

to close this file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on November 3, 2011.

Copies furnished to:

Counsel of Record
Unrepresented Party

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE